AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| NOISE GROUP, LLC <br><br> *Plaintiff(s)* <br> v. <br> THE GROWLERS, LLC, a California limited liability company; SEE ATTACHED <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:16-cv-08275 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE GROWLERS, LLC, a California limited liability company; BROOKS NIELSEN, individually and dba The Growlers; MATT TAYLOR, individually and dba The Growlers; TOURNADO, INC., a California corporation; BEACH GOTH FESTIVAL, LLC, a California limited liability company; and DOES 1 through 20 inclusive

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

1  Shane W. Tseng, SBN 200597
   stseng@lkfirm.com
2  Justin C. Bentley, SBN 229685
3  jbentley@lkfirm.com
   LAMB & KAWAKAMI LLP
4  333 South Grand Avenue, Suite 4200
   Los Angeles, California 90071
5  Telephone: (213) 630-5500
   Facsimile: (213) 630-5555
6
7  Attorneys for Plaintiff
   NOISE GROUP, LLC
8
                 UNITED STATES DISTRICT COURT
9
                 CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| NOISE GROUP, LLC, a California limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>THE GROWLERS, LLC, a California limited liability company; BROOKS NIELSEN, individually and dba The Growlers; MATT TAYLOR, individually and dba The Growlers; TOURNADO, INC., a California corporation; BEACH GOTH FESTIVAL, LLC, a California limited liability company; and DOES 1 through 20 inclusive,<br><br>Defendants. | CASE NO.:<br><br>PLAINTIFF NOISE GROUP, LLC'S COMPLAINT FOR:<br>1) FALSE DESIGNATION OF ORIGIN—§ 43(A) OF THE LANHAM ACT;<br>2) TRADEMARK INFRINGEMENT—§ 43(A) OF THE LANHAM ACT;<br>3) COMMON LAW TRADEMARK INFRINGEMENT;<br>4) UNFAIR COMPETITION – CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200; AND<br>5) DECLARATORY RELIEF<br><br>JURY DEMAND |

NOISE GROUP, LLC'S COMPLAINT

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-08275

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                                    *Server's signature*

                             _____
                                                    *Printed name and title*


                             _____
                                                    *Server's address*

Additional information regarding attempted service, etc: